**Electronically Filed
Supreme Court
SCWC-17-0000762
03-OCT-2019
02:34 PM**

SCWC-17-0000762

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

THEODORICO ERUM, JR.,
Petitioner/Plaintiff-Appellant,

vs.

JOSUE BUMATAY LLEGO,
Respondent/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000762; CIV. NO. 14-1-0199)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Theodorico Erum Jr.'s Application for Writ of Certiorari, filed on August 28, 2019, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, October 3, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

